UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TANAKA BIRDO,

        Plaintiff,

v.                                                              **ORDER**
                                                                Civil File No. 20-1925 (MJD/ECW)

DAVE HUTCHISON and
JOCELYN RN,

        Defendants.

---

Tanaka Birdo, <u>pro se</u>.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated November 18, 2020. No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated November 18, 2020 [Docket No. 12].

2

2. Plaintiff's Motion for a Temporary Restraining Order [Docket No. 5] is **DENIED**.

Dated:  December 14, 2020        s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court